UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HENRY H. BERTSCH

v.                                                                                          CA 07-421 ML

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Martin on May 22, 2009. First, the Court notes that Plaintiff attempts to make a general objection to "any and all findings of fact contained in the Magistrate's (sic) decision." Plaintiff's objection to "any and all findings" is not in compliance with the mandate that objections are to be "specific." See Fed. R. Civ. P. 72(b) and DRI LR Cv 72(d). This Court, therefore, will not entertain the general objection made by Plaintiff.

Plaintiff also makes two specific objections to findings of the Magistrate Judge. Having reviewed the record and the Report and Recommendation, this Court finds that the Magistrate Judge's factual findings are well-supported by the record and his legal conclusions are in keeping with relevant First Circuit precedent.

This Court, therefore, adopts the Report and Recommendation in its entirety. Defendants Motion to Affirm is GRANTED and Plaintiff's Motion to Reverse is DENIED.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
June _10_, 2009